# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

AMY DENISE BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-1747

————————————————

February 7, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for DeSoto County; Don T. Hall, Judge.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and MORRIS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.